Jennifer J. Middleton, OSB #071510
jmiddleton@chantilaw.com
Suzanne B. Chanti, OSB #88179
schanti@chantilaw.com
Chanti & Middleton, PC
245 East 4th Avenue
Eugene, OR 97401
Phone: 541/683-2506
Fax:    541/683-3149
   Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MEGAN E. COTTIER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SGS OREGON, Inc. (fka NATIONAL STEELCRAFTERS OF OREGON, Inc.), NATIONAL STEELCRAFTERS OF OREGON, LLC, and RICHARD McEVOY**<br><br>**Defendants.** | **Case No. 08-6076-AA**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41(a)(1), Plaintiff, through her attorney Jennifer J. Middleton, notifies the Court that she is voluntarily dismissing the above matter with prejudice and without costs to any party.

DATED:  June 26, 2008.

   CHANTI & MIDDLETON, P.C.


   By: ___/s/ Jennifer J. Middleton_____
      Jennifer J. Middleton, OSB #071510
      541/683-2506
      541/683-3149
      jmiddleton@chantilaw.com.com
         Attorneys for Plaintiff Megan Cottier

**NOTICE OF VOLUNTARY DISMISSAL – PAGE 1 OF 1**